# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>MARCUS THEODORE<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         23-23 MAG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 15, 2023__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking. |
| 21 U.S.C. § 841 | Possession with Intent to Distribute Controlled Substances. |
| 18 U.S.C. § 922(g) | Felon In Possession of a Firearm or Ammunition. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Benjamin Cato
*Complainant's signature*

FBI TFO Benjamin Cato
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/16/23

City and state: New Orleans, Louisiana

*Judge's signature*

Honorable Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-23 |
| v. | * | SECTION: MAG |
| MARCUS THEODORE | * | |
| | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR CRIMINAL COMPLAINT

I, Benjamin Cato, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am a Detective with the Mandeville Police Department and am assigned as a Task Force Officer ("TFO") with the Federal Bureau of Investigation in New Orleans, Louisiana, and have been so employed as a law enforcement officer for approximately six years. I am currently assigned to the FBI's New Orleans Gang Task Force (NOGTF). This task force includes federal, state, and local officers investigating illegal gang and narcotic activity in the New Orleans metropolitan area. The NOGTF also conducts investigations involving the interception of communications made via wire and electronic communication devices.

2. I have participated in numerous investigations involving narcotics, street gangs, and violent crimes. I have also participated in numerous investigations of alleged illegal narcotics trafficking, and am, thoroughly familiar with the investigative techniques used in these

investigations. Such techniques include, but are not limited to, the use and interception of communication facilities such as residential, pay and digital/cellular telephones, digital pagers and other like facilities, covert activities with undercover agents/police officers, debriefing of cooperating witnesses and confidential informants, analysis of telephone toll pen register information, execution of search and seizure warrants, and development of grand jury investigations.

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against **Marcus THEODORE** (**THEODORE**) for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c); and possession with the intent to distribute forty grams or more of substance/mixture containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

4. Since this affidavit is being submitted for this limited purpose, I have not included every fact known to me concerning this investigation. I have set forth the facts that I believe are essential to establish the necessary foundation for obtaining a criminal complaint against **THEODORE**. I make this affidavit based upon my knowledge derived from my participation in this investigation and upon information relayed to me by other members of the NOGTF.

## OVERVIEW OF INVESTIGATION

5. The FBI's NOGTF, working in conjunction with the NOPD, initiated an investigation into a neighborhood-based gang (NBG) identified by numerous names to include, but not limited to: Ghost Gang and Goonie Gang. This NBG is primarily and historically based in Marrero Commons, formerly the B. W. Cooper Public Housing Development, but commonly

referred to as the Calliope Projects, which is located in Uptown New Orleans.  **THEODORE** has been identified as a member of the Ghost Gang. During this investigation, I have spoken to officials from the NOPD and the Orleans Parish District Attorney's Office, as well as numerous cooperating witnesses and cooperating defendants that have identified **THEODORE** as a member of this gang.

6. On March 9, 2023, the Honorable Janis van Meerveld, United States Magistrate Judge for the Eastern District of Louisiana, signed orders authorizing the search of three residences and three vehicles that were identified as potential locations where agents might find evidence of **THEODORE** and his associates' drug trafficking activities.  After those warrants were signed, agents learned that **THEODORE** returned a Dodge Ram that was the subject of one of the warrants to the Enterprise Rental office at the New Orleans International Airport.  The next day, March 13, 2023, **THEODORE** rented a grey Toyota Tacoma, bearing Louisiana license plate Y385397.  On March 14, 2023, the Honorable Karen Wells Roby, United States Magistrate Judge for the Eastern District of Louisiana, signed an order authorizing the search of the Tacoma and another residence in Metairie, Louisiana that had been identified during the investigation.

7. On March 15, 2023, members of the NOGTF executed the search warrants.  That morning, agents observed **THEODORE** exit 1700 Baronne Street, Apartment 167, which was the subject of one of the warrants, and enter the Toyota Tacoma.  Agents approached **THEODORE**, who was still inside of the grey Toyota Tacoma, and detained him so agents could conduct the search warrants.  In **THEODORE's** waistband, agents discovered a Glock 19, 9mm semi-automatic handgun, bearing serial number BKZX752.  The Glock had a 9mm round in the chamber.  Additionally, agents recovered approximately 50.4 grams of an off-white, powdery substance, packaged in clear plastic baggies, suspected to be a heroin/fentanyl mixture.

3

8. During the execution of the search warrant immediately following the detention of **THEODORE** at 1700 Baronne Street, Apartment 167, members of the NOGTF located approximately 165.8 grams of an off-white, powdery substance, which subsequently field-tested positive for fentanyl. The suspected fentanyl was packaged in a similar manner to the powdery substance located on **THEODORE's** person. These amounts of fentanyl are consistent with distribution and not with personal use.

9. I am aware weapons manufactured by Glock, including the recovered Glock firearm, are not manufactured in the state of Louisiana. The weapon therefore had to have traveled in interstate and/or foreign commerce before **THEODORE** possessed it on March 15, 2023.

10. I am aware that **THEODORE** was previously convicted of a felony that prohibited him from possessing a firearm. Specifically, **THEODORE** was convicted of manslaughter and attempted manslaughter in Orleans Parish Criminal District Court Case Number 495-100, on June 21, 2013. These are both felonies, that is, offenses punishable by more than a year in jail. **THEODORE** pled guilty to these offenses, which means he was present in court for the pleas and thus is aware he has these felony convictions.

11. There are several factors leading me to believe that THEODORE possessed the Glock in furtherance of his drug trafficking activity. I am aware that firearms are "tools of the trade" for drug dealers, who often possess both drugs and/or large amounts of cash that they need to protect. Unlike an average citizen, drug dealers face potential problems going to the police for protection, as doing so would reveal their illegal activity. Thus, drug dealers often must carry their own weapons for protection. Here, **THEODORE** had a loaded gun, which he could not legally possess, on his person while he had approximately 50 grams of fentanyl package for sale in his pocket. Given the proximity between the gun and drugs and the ready accessibility of a loaded

gun with a round in the chamber, there is probable cause to believe the weapon was possessed in furtherance of the drug trafficking crime, namely possession with intent to distribute fentanyl.

## CONCLUSION

12.   Based on the above, there is probable cause to find that **THEODORE** committed federal violations for being a felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8); possession with intent to distribute 40 grams or more of a substance or mixture with a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Sections 924(c) and 924(c)(1)(A)(i).

Respectfully submitted,

*/s/ Benjamin Cato*
Task Force Officer Benjamin Cato
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this 16th day of March, 2023,
New Orleans, Louisiana.

HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

5